

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Christopher L. Donati**
(212) 603-6422 tel
(212) 379-5212 fax

chrisdonati@dwt.com

March 10, 2023

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re:     *Amazon Techs., Inc. v. Amazon Warranty Corp., et al.,* Case No. 1:22-cv-08391

Dear Judge Castel:

This firm is counsel to Plaintiff Amazon Technologies, Inc. ("**Amazon**") in the above-referenced action. We write, jointly with counsel for Defendants Amazon Warranty Corporation, Amazon Home Warranty LLC, Harry J. Bailey, and Mark Abady (collectively, "**Defendants**") to inform the Court that the parties have finalized and executed written settlement agreement. Through this settlement, the parties have agreed upon the terms of and executed the attached Stipulation for Entry of Consent Judgment and Permanent Injunction (the "**Consent Judgment**"). The parties respectfully request the Court grant the Consent Judgment, which the parties agree fully and finally resolves the disputes in this litigation.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ Chris Donati*

Christopher Donati

cc:     Counsel for Defendants (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.